%AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P.,
and SYNAPTECH, INC.,

                    Plaintiffs,

                    **SUMMONS IN A CIVIL CASE**

            V.

DR. REDDY'S LABORATORIES, INC. and
DR. REDDY'S LABORATORIES, LTD.,

                 CASE NUMBER: 05-380-KAJ

                    Defendants.

TO: (Name and address of Defendant)

    Dr. Reddy's Laboratories, Ltd.
    c/o Stuart D. Sender, Esquire (by consent)
    Budd Larner
    150 John F. Kennedy Parkway
    Short Hills, NJ  07078-2703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                      June 24, 2005

CLERK                                            DATE

/s/ Monica Mooley

(By) DEPUTY CLERK

≫AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE JUNE 24, 2005 |
| NAME OF SERVER (PRINT) Steven J. Balick | TITLE Counsel to plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served, by consent, upon defendant's counsel Stuart D. Sender, Esquire, on June 24, 2005 -- both by electronic mail and via Federal Express at the address on the front of this summons.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 28, 2005          *[signature]*
　　　　　　　Date　　　　　　　　Signature of Server

ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
*Address of Server*
Wilmington, DE 19899

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.