# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.C., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) |
| v. | ) )  C. A. No. 05-380 (KAJ) |
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., | ) ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) ) |

## RULE 7.1 STATEMENT OF DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc., certifies that Dr. Reddy's Laboratories, Ltd. is the parent corporation of Dr. Reddy's Laboratories, Inc., and that there are no other parent corporations or publicly held corporations that own 10% or more of the stock of either.

POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ Richard L. Horwitz* |
|---|---|
| | Richard L. Horwitz (#2246) |
| Stuart Sender | David E. Moore (#3983) |
| BUDD LARNER, P.C. | Hercules Plaza 6th Floor |
| 150 John F. Kennedy Parkway | 1313 N. Market Street |
| Short Hills, New Jersey 07078 | P.O. Box 951 |
| Tel: (973) 379- 4800 | Wilmington, DE 19899 |
| | Tel: (302) 984-6000 |
| Dated: August 23, 2005 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson |
| | *Attorneys for Defendants/ Counterclaim Plaintiffs* |

696203

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on August 23, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on August 23, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| George F. Pappas | Steven P. Berman |
| Roderick R. McKelvie | Office of General Counsel |
| Christopher N. Sipes | Johnson & Johnson |
| Jeffrey B. Elikan | One Johnson & Johnson Plaza |
| Laura H. McNeill | New Brunswick, NJ 08933 |
| Covington & Burling | |
| 1201 Pennsylvania Avenue, NW | |
| Washington, DC 20004 | |

By:  /s/ Richard L. Horwitz
   Richard L. Horwitz
   David E. Moore
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

696206