IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-356-KAJ |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-371-KAJ |
| MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., | ) ) ) | |
| Defendants. | ) ) | |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-380-KAJ |
| DR. REDDY'S LABORATORIES, INC., and DR. REDDY'S LABORATORIES, LTD., | ) ) ) ) | |
| Defendants. | ) ) ) | |

JANSSEN PHARMACEUTICA N.V.,       )
JANSSEN, L.P., and SYNAPTECH,     )
INC.,                             )
                                  )
              Plaintiffs,         )
                                  )
        v.                        )       Civil Action No. 05-381-KAJ
                                  )
BARR LABORATORIES, INC. and       )
BARR PHARMACEUTICALS INC.,        )
                                  )
              Defendants.         )
_____   )
JANSSEN PHARMACEUTICA N.V.,       )
JANSSEN, L.P., and SYNAPTECH,     )
INC.,                             )
                                  )
              Plaintiffs,         )
                                  )
        v.                        )       Civil Action No. 05-382-KAJ
                                  )
PUREPAC PHARMACEUTICAL CO.        )
and ALPHARMA, INC.,               )
                                  )
              Defendants.         )
_____   )
JANSSEN PHARMACEUTICA N.V.,       )
JANSSEN, L.P., and SYNAPTECH,     )
INC.,                             )
                                  )
              Plaintiffs,         )
                                  )
        v.                        )       Civil Action No. 05-420-KAJ
                                  )
ALPHAPHARM PTY., LTD.,            )
                                  )
              Defendant.          )

JANSSEN PHARMACEUTICA N.V.,  )
JANSSEN, L.P., and SYNAPTECH,  )
INC.,  )
                               )
            Plaintiffs,        )
                               )
        v.                     )          Civil Action No. 05-451-KAJ
                               )
PAR PHARMACEUTICAL, INC. and   )
PAR PHARMACEUTICAL COMPANIES,  )
INC.,                          )
                               )
            Defendants.        )

## ORDER

At Wilmington this **8**<sup>th</sup> day of **September, 2005,**

IT IS ORDERED that the Rule 16 scheduling conference presently set for

**October 5, 2005 at 3:00 p.m.** is hereby rescheduled to **October 12, 2005 at 9:00 a.m.**

in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE