IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD. <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-380-KAJ |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of September, 2005, **PLAINTIFFS'**

**FIRST REQUEST FOR ADMISSION** was served upon the following counsel of record at the

address and in the manner indicated:

Richard L. Horwitz, Esquire                                    HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

Stuart D. Sender, Esquire                                      VIA FEDERAL EXPRESS
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078

          ASHBY & GEDDES

          */s/ John G. Day*

          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          222 Delaware Avenue, 17th Floor
          P.O. Box 1150
          Wilmington, DE  19899
          (302) 654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com

          *Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:  202-662-6000
Fax: 202-662-6291

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel:  732-524-2805
Fax: 732-524-5866


Dated:  September 12, 2005
161255.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                                     HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Stuart D. Sender, Esquire                                       VIA FEDERAL EXPRESS
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078


/s/ *John G. Day*
_____
John G. Day