### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.C., JANSSEN, L.P. and SYNAPTECH, INC., </br></br>  Plaintiffs and </br>  Counterclaim Defendants, </br></br> v. </br></br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., </br></br>  Defendants and </br>  Counterclaim Plaintiffs.. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> C. A. No. 05-380 (KAJ) |

### NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that copies of Dr. Reddy's Laboratories, Inc. and Dr. Reddy's laboratories, Ltd.'s First Request for Production of Documents to Plaintiffs were caused to be served on September 15, 2005 upon the following attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

2

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| George F. Pappas | Steven P. Berman |
| Roderick R. McKelvie | Office of General Counsel |
| Christopher N. Sipes | Johnson & Johnson |
| Jeffrey B. Elikan | One Johnson & Johnson Plaza |
| Laura H. McNeill | New Brunswick, NJ 08933 |
| Covington & Burling | |
| 1201 Pennsylvania Avenue, NW | |
| Washington, DC 20004 | |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: */s/ David E. Moore*

Stuart Sender
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel: (973) 379- 4800

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Dated: September 15, 2005

Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson

*Attorneys for Defendants/Counterclaim Plaintiffs*

699328

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 15, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on September 15, 2005, I have Federal Expressed the documents to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

By:   */s/ David E. Moore*
       Richard L. Horwitz
       David E. Moore
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, DE 19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

696206