### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.C., JANSSEN, L.P., and SYNAPTECH, INC., </br></br> Plaintiffs/Counterclaim-Defendants, </br></br> v. </br></br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., </br></br> Defendants/Counterclaim-Plaintiffs. | ) </br> ) </br> ) </br> ) </br> ) C. A. No. 05-380 (KAJ) </br> ) </br> ) **JURY TRIAL DEMANDED** </br> ) </br> ) </br> ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Dmitry V. Sheluho of Budd Larner, P.C., 150 John F. Kennedy Parkway, Short Hills, NJ 07078, to represent defendants/counterclaim plaintiffs, Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: September 19, 2005

699792

*Attorneys for Defendants/
Counterclaim Plaintiffs*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

     In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

     ☐ has been paid to the Clerk of the Court

     ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 19, 2005     Signed: /s/ Dmitry V. Sheluho
                                         Dmitry V. Sheluho
                                         BUDD LARNER, P.C.
                                         150 John F. Kennedy Parkway
                                         CN 1000
                                         Short Hills, NJ  07078
                                         (973) 379-4800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 19, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on September 19, 2005, I have Federal Expressed the documents to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

696206