IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.C., JANSSEN, L.P., and SYNAPTECH, INC., <br><br>Plaintiffs/Counterclaim-Defendants, <br><br>v. <br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., <br><br>Defendants/Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>C. A. No. 05-380 (KAJ) <br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that copies of DRL's Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-3); DRL's Objections and Responses to Plaintiffs' First Set of Requests for Documents and Things (Nos. 1-25); Defendants' Responses to Plaintiffs' First Request for Admission; and DRL's Initial Disclosure were caused to be served on October 11, 2005 upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| George F. Pappas<br>Roderick R. McKelvie<br>Christopher N. Sipes<br>Jeffrey B. Elikan<br>Laura H. McNeill<br>Covington & Burling<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Steven P. Berman<br>Office of General Counsel<br>Johnson & Johnson<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08933 |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Stuart Sender
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel: (973) 379-4800

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson

Dated: October 11, 2005
702942/29223

*Attorneys for Defendants/Counterclaim Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 11, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on October 11, 2005, I have Federal Expressed the documents to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

696206