## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 05-356-KAJ |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | : : : : |
| Defendants. | : : |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 05-371-KAJ |
| MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., | : : : |
| Defendants. | : : |
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 05-380-KAJ |
| DR. REDDY'S LABORATORIES, INC., and DR. REDDY'S LABORATORIES, LTD., | : : : |
| Defendants. | : : |

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., : : : Plaintiff, : : v. : Civil Action No. 05-381-KAJ : BARR LABORATORIES, INC. and BARR : PHARMACEUTICALS, INC., : : Defendants. : _____ : | |

JANSSEN PHARMACEUTICA N.V.,          :
JANSSEN, L.P., and SYNAPTECH, INC.,  :
                                     :
        Plaintiff,                   :
                                     :
  v.                                 :   Civil Action No. 05-381-KAJ
                                     :
BARR LABORATORIES, INC. and BARR     :
PHARMACEUTICALS, INC.,               :
                                     :
        Defendants.                  :
_____  :

JANSSEN PHARMACEUTICA N.V.,          :
JANSSEN, L.P., and SYNAPTECH, INC.,  :
                                     :
        Plaintiff,                   :
                                     :
  v.                                 :   Civil Action No. 05-382-KAJ
                                     :
PUREPAC PHARMACEUTICAL CO. and       :
ALPHARMA, INC.,                      :
                                     :
        Defendants.                  :
_____  :

JANSSEN PHARMACEUTICA N.V.,          :
JANSSEN, L.P., and SYNAPTECH, INC.,  :
                                     :
        Plaintiff,                   :
                                     :
  v.                                 :   Civil Action No. 05-420-KAJ
                                     :
ALPHAPHARM PTY., LTD.,               :
                                     :
        Defendant.                   :
_____  :

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., : : : Plaintiff, : : v. : PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC., : : : : Defendants. : _____ : | Civil Action No. 05-451-KAJ |

## ORDER

At Wilmington this **9th** day of **November, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, September 6, 2006 at 9:00 a.m. EST** with Magistrate Judge Thynge to discuss the status of the case and the interest of the parties in ADR. **Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE