## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.C., <br> JANSSEN, L.P., and <br> SYNAPTECH, INC., <br><br>        Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. <br> and DR. REDDY'S LABORATORIES, LTD., <br><br>        Defendants/Counterclaim-Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C. A. No. 05-380 (KAJ) <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies

that copies of Defendants' Objections to Plaintiffs' April 18, 2006 Notice of Deposition

Under Rule 30(b)(6); Defendants' Objections to Plaintiffs' April 19, 2006 Notice of

Deposition Under Rule 30(b)(6); and Defendants' Response to Plaintiffs' April 20, 2006

Notice of Deposition Under Rule 30(b)(6)were caused to be served on March 16, 2006,

upon the following attorneys of record at the following addresses as indicated:

### BY E-MAIL AND HAND DELIVERY

| | |
|---|---|
| Steven J. Balick, Esq. <br> John G. Day, Esq. <br> Ashby & Geddes <br> 222 Delaware Avenue <br> 17th Floor <br> Wilmington, DE 19899 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com | Josy W. Ingersoll, Esq. <br> John W. Shaw, Esq. <br> Karen E. Keller, Esq. <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P. O. Box 391 <br> Wilmington, DE 19899-0391 <br> jingersoll@ycst.com <br> jshaw@ycst.com <br> kkeller@ycst.com |

Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
mmatterer@morrisjames.com


John C. Phillips, Jr., Esq.
Brian E. Farnan, Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
jcp@pgslaw.com
bef@pgslaw.com


Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
gaza@rlf.com


Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Hercules Plaza
Wilmington, DE  19899
provner@potteranderson.com


Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
rkirk@bayardfirm.com


**BY E-MAIL**

George F. Pappas, Esq.
(gpappas@cov.com)
Roderick R. McKelvie, Esq.
(mckelvie@cov.com)
Christopher N. Sipes, Esq.
(csipes@cov.com)
Jeffrey B. Elikan, Esq.
(jelikan@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004


Daniel F. Attridge, P.C.
(dattridge@kirkland.com)
Edward C. Donovan, Esq.
(edonovan@kirkland.com)
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005-5793

William A. Rakoczy, Esq.
(wrakoczy@rmmslegal.com)
Christine J. Siwik, Esq.
(csiwik@rmmslegal.com)
Amy D. Brody, Esq.
(abrody@rmmslegal.com)
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL  60610


Robert J. Gunther, Jr., Esq.
(Robert.gunther@lw.com)
James P. Barabas, Esq.
(james.barabas@lw.com)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4802

George C. Lombardi, Esq.
(glombardi@winston.com)
Taras A. Gracey, Esq.
(tgracey@winston.com)
Lynn M. Ulrich, Esq.
(lulrich@winston.com)
Brian L. Franklin, Esq.
(bfranklin@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601


John K. Hsu, Esq.
(hsu.john@arentfox.com)
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC  20036-5339


POTTER ANDERSON & CORROON LLP


OF COUNSEL:

Stuart Sender
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel:  (973) 379- 4800



Dated:  March 16, 2006
724042/29223

By:  */s/ David E. Moore*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE  19899
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson

*Attorneys for Defendants/Counterclaim Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 16, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following as indicated and that the document is available for viewing and downloading from CM/ECF.

## BY E-MAIL AND HAND DELIVERY

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com

Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
mmatterer@morrisjames.com

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Hercules Plaza
Wilmington, DE 19899
provner@potteranderson.com

John C. Phillips, Jr., Esq.
Brian E. Farnan, Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
bef@pgslaw.com

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardfirm.com

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
gaza@rlf.com

I hereby certify that on March 16, 2006, I have sent the foregoing document to the

following non-registered participants in the manner indicated:

**BY E-MAIL**

George F. Pappas, Esq.
(gpappas@cov.com)
Roderick R. McKelvie, Esq.
(mckelvie@cov.com)
Christopher N. Sipes, Esq.
(csipes@cov.com)
Jeffrey B. Elikan, Esq.
(jelikan@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

Daniel F. Attridge, P.C.
(dattridge@kirkland.com)
Edward C. Donovan, Esq.
(edonovan@kirkland.com)
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005-5793

William A. Rakoczy, Esq.
(wrakoczy@rmmslegal.com)
Christine J. Siwik, Esq.
(csiwik@rmmslegal.com)
Amy D. Brody, Esq.
(abrody@rmmslegal.com)
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL  60610

George C. Lombardi, Esq.
(glombardi@winston.com)
Taras A. Gracey, Esq.
(tgracey@winston.com)
Lynn M. Ulrich, Esq.
(lulrich@winston.com)
Brian L. Franklin, Esq.
(bfranklin@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

Robert J. Gunther, Jr., Esq.
(Robert.gunther@lw.com)
James P. Barabas, Esq.
(james.barabas@lw.com)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4802

John K. Hsu, Esq.
(hsu.john@arentfox.com)
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC  20036-5339

2

Alan H. Bernstein, Esq.
(ahbernstein@crbcp.com)
Robert S. Silver, Esq.
(rssilver@crbcp.com)
Mona Gupta, Esq.
(mgupta@crbcp.com)
William J. Castillo, Esq.
(wjcastillo@crbcp.com)
Caesar, Rivise, Bernstein, Cohen & Pokotilow,
Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103

/s/ David E. Moore
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE  19899
   Tel:  (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson

724051

3